1  LELAND LAW CORP.
2  7200 Greenleaf Avenue, Suite 170A
   Whittier, CA 90602
3  Telephone: (562) 904-6955
4  Facsimile:  (562) 632-1301
   ALEXIS M. LELAND [CSBN: 223729]
5  E-mail: tracey@disabilitylawfirm.com
6          Attorneys for Plaintiff
   BILAL A. ESSAYLI
7  United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
9  Chief, Civil Division
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 TINA NAICKER [CSBN: 252766]
13 Special Assistant United States Attorney
           6401 Security Blvd.
14         Baltimore, MD 21235
15         Telephone:  (510) 970-4803
           Facsimile: (415) 744-0134
16         Email:  tina.naicker@ssa.gov
17         Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RAMOS SANCHEZ,<br>  Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:23-CV-07047-SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

1 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS [$4,100.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: June 10, 2025



HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1